

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT JOSEPH GAUDET, JR., | § | No. 08-24-00404-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| KARIN GAUDET-ASMUS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM0238) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion, with the agreement of Appellee, to set aside the trial court's judgment and remand the case for rendition of judgment in accordance with the parties' agreement. Concluding the motion should be granted, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order that costs of appeal be taxed against the party incurring the same and that this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.